Case 2:13-cv-08029-UA-DUTY Document 3 Filed 11/13/13 Page 1 of 2 Page ID #:23

FILED
2013 NOV 13 PM 5:28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE VILLAGE MOBILE HOME PARK, | Case No. CV 13-08029-UA (DUTYx) |
| Plaintiff, | ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |
| vs. | |
| MARIA ESCOBAR DOES 1 TO 10, | |
| Defendants. | |

The Court will remand this unlawful detainer action to state court summarily because it has been removed improperly.

On October 30, 2013, defendant Maria Escobar, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, plaintiff could not have brought this action in federal court in the first place, in that defendant does not competently allege facts supplying either

1

1 | diversity or federal-question jurisdiction, and therefore removal is improper. 28
2 | U.S.C. §1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563,
3 | 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005). Even if complete diversity of citizenship
4 | exists, the amount in controversy does not exceed the diversity-jurisdiction threshold
5 | of $75,000. See 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful-detainer
6 | complaint recites that the amount in controversy does not exceed $10,000.

7 |     Nor does plaintiff's unlawful detainer action raise any federal legal question.
8 | See 28 U.S.C. §§ 1331, 1441(b).

9 |     Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
10 | Superior Court of California, Los Angeles County, 275 Magnolia, Long Beach, CA
11 | 90802, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that
12 | the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk
13 | serve copies of this Order on the parties.

14 |     IT IS SO ORDERED.

DATED: 11/12/13

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

David T. Bristow
United States Magistrate Judge